# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2913

_____

JASON BRADLEY ELLIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Ronald Flury, Judge.

February 3, 2025

PER CURIAM.

DISMISSED as untimely.

NORDBY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Paul M. Villeneuve of Law Office of Paul M. Villeneuve,
Tallahassee, for Appellant.

Attorney General, Tallahassee, for Appellee.